# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

NATHAN WASHINGTON,                      Civil 08-0698 (JRT/JJK)

               Plaintiff,

v.                                  **ORDER ADOPTING REPORT**
                                           **AND RECOMMENDATION**

DAIMLERCHRYSLER FINANCIAL
SERVICES AMERICA LLC,
AND SHAKOPEE DODGE, INC.,

               Defendants.

---

       Thomas L. Lyons, Jr. and Trista M. Roy, **CONSUMER JUSTICE CENTER, PA,** 367 Commerce Court, Vadnais Heights, MN 55127, for plaintiff.

       Brian L. McMahon, **MCMAHON LAW FIRM LLC**, 332 Minnesota Street, Suite W1450, St. Paul, MN 55101, for defendant DaimlerChrysler Financial Services America LLC.

       Daniel M. Gallatin, **JOHNSON, PROVO-PETERSON, O'NEILL, LLP,** 332 Minnesota Street, Suite W-975, St. Paul, MN 55101, for defendant Shakopee Dodge, Inc.

     The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated December 2, 2008.  No objections have been filed to that Report and Recommendation in the time period permitted.

     Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

     **IT IS HEREBY ORDERED** that:

1. Plaintiff's Complaint [Docket No. 1] is **DISMISSED WITHOUT PREJUDICE**; and

2. Plaintiff's motion to compel discovery responses from defendant Shakopee Dodge, Inc. [Docket No. 22] is **DENIED AS MOOT**.


DATED:  January 1, 2009
at Minneapolis, Minnesota                     ___ s/John R. Tunheim_ ____
                                                                JOHN R. TUNHEIM
                                                          United States District Judge